# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JEREMY BLANK,**
        Petitioner,

v.                                        Case No. 09-C-0733

**MARC CLEMENTS, Warden,**
**Fox Lake Correctional Institution,**
        Respondent.

## DECISION AND ORDER

In an order dated April 27, 2011, I granted Jeremy Blank's motion for stay and abeyance and allowed him to return to the Wisconsin state courts and seek relief for his unexhausted federal claims. On October 22, 2012, Blank informed the court that he has finished exhausting his claims in state court and that he is ready to proceed with the present case. Accordingly, **IT IS ORDERED** that Blank's motion to reopen this case is **GRANTED**. Briefing shall proceed as follows: (1) petitioner shall have forty-five (45) days from the date of this order to file a brief in support of the petition; (2) respondent shall have forty-five (45) days following the filing of petitioner's brief within which to file a brief in opposition to the petition; and (3) petitioner shall have thirty (30) days following the filing of respondent's opposition brief within which to file a reply brief. Pursuant to Civil L.R. 7(f), the following page limitations apply: briefs in support of or in opposition to the habeas petition must not exceed thirty pages and reply briefs must not exceed fifteen pages, not counting any statements of facts, exhibits, and affidavits.

Dated at Milwaukee, Wisconsin, this 19th day of November, 2012.

        s/ Lynn Adelman
        _____
        LYNN ADELMAN
        District Judge